UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Milliken & Company, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No.: 7:14-cv-00778-GRA |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Richard W. Evans, | ) | (Written Opinion) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having read and considered Non-Parties Dr. Robert S. Weiner and Totally Enterprises, LLC's Motion to Quash Subpoena pursuant to Fed. R. Civ. P. 45(d)(3)(A)(ii), the Court hereby finds that the Subpoenas were issued out the incorrect District Court and improperly require Dr. Weiner and Totally Enterprises, LLC to produce responsive documents greater than 100 miles from where Dr. Weiner and Totally Enterprises, LLC reside, are employed, and/or regularly conduct business. The Court further finds that Plaintiff failed to effect personal service on Totally Enterprises, LLC's registered agent as required by Fed. R. Civ. P. 45(b)(1).

**IT IS THEREFORE ORDERED** that the Subpoenas served upon Dr. Weiner and Totally Enterprises, LLC in the above captioned matter are hereby **Quashed**. Dr. Weiner and Totally Enterprises, LLC are relieved of any obligation to comply with the Subpoenas.

**IT IS SO ORDERED.**

*[signature]*

G. Ross Anderson, Jr.
Senior United States District Judge

May  6 , 2014
Anderson, South Carolina